DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ULISES FLORES-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )   Cr.S. 09-027-MCE
            Plaintiff,           )
                                 )   **STIPULATION AND ORDER**
       v.                        )
                                 )   DATE: February 26, 2009
ULISES FLORES-GOMEZ,             )   TIME: 9:00 a.m.
                                 )   JUDGE: Hon. Morrison C. England Jr.
            Defendant.           )
                                 )
_____)

It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE, Assistant U.S. Attorney, and defendant, ULISES FLORES-GOMEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, February 26, 2009 be continued to Thursday, March 26, 2009 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 26, 2009

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 20, 2009    Respectfully submitted,
                            DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Benjamin Galloway
                            BENJAMIN GALLOWAY
                            Assistant Federal Defender
                            Attorney for Defendant
                            ULISES FLORES-GOMEZ


DATED: February 20, 2009    LAWRENCE G. BROWN
                            Acting United States Attorney

                            /s/ Benjamin Galloway for
                            DANIEL MCCONKIE
                            Assistant U.S. Attorney
                            Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including March 26, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: February 25, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**2**